■ In the Matter of WILLIAM F. BENCA, an Attorney, Resignor. [617 NYS2d 687] —Resignation accepted and name stricken from roll of attorneys. Present—Pine, J. P., Balio, Lawton, Wesley and Davis, JJ.

■ In the Matter of JAMES W. RICHARDS. [617 NYS2d 686] —Application for reinstatement as an attorney and counselor-at-law denied. Present—Denman, P. J., Green, Balio, Callahan and Doerr, JJ.

■ In the Matter of KARL E. BROOME, Appellant, v VICTOR T. HERBERT, as Superintendent of Collins Correctional Facility, et al., Respondents. [617 NYS2d 705] —Motion for permission to proceed as poor person denied. Memorandum: The appeal is without merit. "[P]rohibition will not lie to correct procedural or substantive errors of law" *(Matter of Schumer v Holtzman,* 60 NY2d 46, 51). Present—Green, J. P., Pine, Wesley, Davis and Boehm, JJ.

■ In the Matter of EDWARD McDUFFY, Appellant, v RAUL RUSSI, as Chairman of New York State Division of Parole, Respondent. [617 NYS2d 705] —Motion for permission to proceed as poor person denied. Memorandum: There is no merit to the appeal *(see, Matter of Polanco v Coughlin,* 197 AD2d 873; *Matter of Nelson v Coughlin,* 188 AD2d 1071, *appeal dismissed* 81 NY2d 834). Present—Pine, J. P., Balio, Lawton, Davis and Boehm, JJ.